## M'KEAN *vs.* CHASE.

### APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

A frivolous appeal and judgment affirmed, with ten per cent. damages.

This is an action against the endorser of a promissory note. The defendant pleaded a general denial, and want of amicable demand. The plaintiff proved his demand, and had judgment. Nothing was shown or proved in the defence. The defendant appealed.

*Roselius,* for the plaintiff.

*Shepard,* contra.

*Bullard, J.,* delivered the opinion of the court.

The appellant being the endorser of a promissory note, was adjudged to pay the same, upon full evidence of his liability. His appeal is evidently frivolous.

The judgment is, therefore, affirmed, with costs and ten per cent. damages.